ACCEPTED
03-15-00335-CV
6830551
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/8/2015 3:33:41 PM
JEFFREY D. KYLE
CLERK

# No. 03-15-00335-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/8/2015 3:33:41 PM
JEFFREY D. KYLE
Clerk

## IN THE THIRD COURT OF APPEALS
## AUSTIN, TEXAS

HERBERT ROLNICK,

*Appellant*

V.

SIGHT'S MY LINE, INC., A FLORIDA CORPORATION; STEWART LANTZ; RIGGS, ALESHIRE & RAY; BLAZIER, CHRISTENSEN, BIGELOW & VIRR; AND ADAMS & GRAHAM,

*Appellees*

Interlocutory Appeal from the 200th Judicial District Court in Travis County, Texas, The Honorable Tim Sulak, Presiding

## UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S REPLY BRIEF

TO THE HONORABLE JUSTICES OF THE COURT:

Pursuant to Texas Rule of Appellate Procedure 38.6(d), Appellant Herbert Rolnick respectfully files this unopposed motion asking the Court to extend the deadline to file his Appellant's Reply Brief three (3) days from September 8, 2015 to September 11, 2015. This is the second unopposed motion for extension of time Appellant has filed with respect to his Reply Brief.

1

1. The trial court signed the order overruling Appellant's special appearance on May 14, 2015. Appellant filed his Notice of Appeal on June 3, 2015. The court reporter filed the reporter's record on June 10, 2015. The district clerk filed the clerk's record in this Court on June 12, 2015. Appellant Rolnick filed his Appellant's Brief on July 9, 2015.

2. Appellee Riggs, Aleshire & Ray, P.C. filed its Brief of Appellee on July 29, 2015. Appellee Adams & Graham, L.L.P. filed its Brief of Appellee on August 5, 2015. Appellees Sight's My Line, Inc. and Stewart Lantz filed their Brief of Appellees on August 5, 2015. Appellee Blazier, Christensen, Bigelow & Virr never filed a brief and apparently did not file a response to this Court's August 5, 2015 letter.

3. The Appellees' Briefs filed by August 5, 2015, taken together are sufficiently similar that Appellant Rolnick has been preparing a single Reply Brief addressing all of them.

4. Although extensive work has been done on the Reply Brief, a persistent technological problem has interfered with the undersigned's ability to finish the brief. For the past ten to fourteen days, the undersigned's firm has been experiencing intermittent loss of internet access. During that time, the firm has had its own IT provider as well as an internet specialist working on the problem. That work has been done during all times of the day and night, as well as during the weekend. At the end of last week, the problem appeared to be resolved.

5. Over the Labor Day holiday, the undersigned had intermittent problems connecting remotely and attorneys working in the office started experiencing intermittent internet outages. When the undersigned returned to her office Tuesday morning, internet access was intermittent and sometimes lasted only a few minutes. Although the undersigned has regained internet access, the individuals working on the problem have not been able to assure her that the problem has been fixed.

6. The loss of time over the weekend and particularly today caused by the frequent interruptions of internet access has prevented completion of the brief by September 8, 2015. The uncertainty over whether the problem has been fixed justifies the request for an additional three (3) days in which to complete the brief. Appellant therefore requests the Court to extend the current deadline for the Appellant's Reply Brief from September 8, 2015 to September 11, 2015.

CERTIFICATE OF CONFERENCE

On August 20, 2015, the undersigned contacted counsel for each appellee that filed a brief to confer on this motion. Each of them informed the undersigned that there was no opposition to the extension requested in this motion.

WHEREFORE, PREMISES CONSIDERED, Appellant Herbert Rolnick respectfully prays for the Court to grant his Unopposed Second

3

Motion for Extension of Time to File Appellant's Reply Brief. Appellant also prays for such other relief to which he may be entitled.

Respectfully submitted,

**RUTH G. MALINAS**
Texas Bar No. 08399350
**TIM T. GRIESENBECK, JR.**
Texas Bar No. 08454450
**SCOTT M. NOEL**
Texas Bar No. 00797158
**Plunkett & Griesenbeck, Inc.**
Catholic Life Building, Suite 900
1635 N.E. Loop 410
San Antonio, Texas 78209
(210) 734-7092 (telephone)
(210) 734-0379 (facsimile)
rmalinas@pg-law.com


     /s/ *Ruth G. Malinas*
RUTH G. MALINAS

COUNSEL FOR APPELLANT
HERBERT ROLNICK

4

<u>CERTIFICATE OF SERVICE</u>

This will certify that a true and correct copy of the foregoing Unopposed Second Motion for Extension of Time to File Appellant's Reply Brief has been served electronically through the Texas electronic filing manager this 8th day of September, 2015, on the following attorneys of record:

J. Hampton Skelton
Brandon Duane Gleason
Skelton & Woody
248 Addie Roy Road, Suite B-302
Austin, TX  78746
hskelton@skeltonwoody.com
bgleason@skeltonwoody.com
**Attorneys for Sight's My Line, Inc.,**
**a Florida Corporation and Stewart Lantz**

Craig S. Hilliard
Stark & Stark
P.O. Box 5315
Princeton, NJ  08543-2315
chilliard@stark-stark.com
**Attorney for Sight's My Line, Inc.,**
**a Florida Corporation and Stewart Lantz**

Scott R. Kidd
Scott V. Kidd
Kidd Law Firm
819 W. 11th Street
Austin, TX  78701
scott@kiddlawaustin.com
svk@kiddlawaustin.com
**Attorneys for Riggs, Aleshire & Ray**

Michael B. Johnson
Salvador Davila
Thompson, Coe, Cousins & Irons, LLP
701 Brazos, Suite 1500
Austin, TX  78701
mjohnson@thompsoncoe.com
sdavila@thompsoncoe.com
**Attorneys for Blazier, Christensen,**

**Bigelow & Virr**

Robert E. Valdez
Joseph Cuellar
Valdez, Jackson & Trevino, PC
1826 North Loop 1604 West, Suite 275
San Antonio, TX  78248
revaldez@vjtlawfirm.com
jcuellar@vjtlawfirm.com
**Attorneys for Adams & Graham**

/s/ Ruth G. Malinas
RUTH G. MALINAS